WANDA DAWE *v.* COMMISSIONER OF
MOTOR VEHICLES
(AC 16831)

O'Connell, C. J., and Lavery and Spear, Js.

Argued January 28—officially released February 17, 1998

Per Curiam. The judgment is affirmed.

SAVOY LINEN SERVICES, INC. *v.* IRENE V.
DEMATTEO ET AL.
(AC 16834)

O'Connell, C. J., and Lavery and Landau, Js.

Argued January 27—officially released February 17, 1998

Per Curiam. The judgment is affirmed.

MICHAEL KONOVER ET AL. *v.*
ROBERT PATRON ET AL.
(AC 16962)

Foti, Schaller and Sullivan, Js.

Argued January 28—officially released February 17, 1998

Per Curiam. The judgment is affirmed.